Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★ ★ ★ ★

## MEMORANDUM OPINION

No. 04-08-00572-CV

**CITY OF DEL RIO, TEXAS**,
Appellant

v.

**PICO AVIATION, LTD.**,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 27157
Honorable Carl Pendergrass, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Justice
              Karen Angelini, Justice
              Sandee Bryan Marion, Justice

Delivered and Filed:   October 8, 2008

DISMISSED

Appellant has filed a motion indicating that the parties have fully resolved and settled all issues in dispute. Because the parties have reached a final settlement of all issues raised in this appeal, appellant asks that we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). Appellant's motion to dismiss is granted, and this appeal is dismissed. The parties have agreed that each party will bear its own costs; therefore, costs of appeal are taxed against the parties who incurred them. *See id.* at (d).

PER CURIAM